IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02578-PAB-SKC

JASON BROOKS,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS, and
JOHN DOE, MD., President and CEO of Correctional Health Partners,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 152] of Chief United States District Judge Philip A. Brimmer, entered on September 22, 2022, it is

ORDERED that the Recommendation re: Defendants' Motion for Summary Judgment [Dkt. 108] & Plaintiff's Motion to Amend [Dkt. 118] [Docket No. 149] is ACCEPTED. It is further

ORDERED that the Motion for Summary Judgment from Defendants Correctional Health Partners and Jeff Archambeau [Docket No. 108] is GRANTED. It is further

ORDERED that all claims against defendants Correctional Health Partners and John Doe, M.D. are DISMISSED with prejudice. It is further

ORDERED that judgment shall enter in favor of defendants and against plaintiff. It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further ORDERED that this case is closed.

Dated: September 22, 2022.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
        Deputy Clerk